AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHONEA WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-083

WALMART STORES EAST, LP, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 7, 2018, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Court REMANDS this case to the Superior Court of Columbia County, State of Georgia, for lack of subject-matter jurisdiction and CLOSES this civil action.



| August 7, 2018 | | Scott L. Poff |
|---|---|---|
| *Date* | | *Clerk* |

*Morgan A. Akins*
(By) Deputy Clerk